No. 279. SOUTHLAND BROADCASTING CO. ET AL. *v.* TODD. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied without prejudice to petitioners' right to present their defenses in the District Court. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Pat Coon* for petitioners. *C. E. Bryson* for respondent. ▮

No. 138. CARR ET AL. *v.* TENNESSEE. Supreme Court of Tennessee. Certiorari denied. *H. G. B. King* for petitioners. *George F. McCanless,* Attorney General of Tennessee, and *James M. Glasgow,* Assistant Attorney General, for respondent.

No. 91. NEWS PRINTING CO., INC., *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Charles A. Horsky* and *Jerome Ackerman* for petitioner. *Simon E. Sobeloff,* then Solicitor General, *Theophil C. Kammholz, David P. Findling* and *Dominick L. Manoli* for respondent. ▮

No. 120. LIAKAS *v.* TENNESSEE. Supreme Court of Tennessee. Certiorari denied. *L. E. Gwinn* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *James M. Glasgow,* Assistant Attorney General, for respondent. ▮

